## 9329.  SKIPPER v. THE STATE.

BROYLES, P. J.  The verdict was authorized by the evidence; no error of
law is complained of; and the court did not err in overruling the mo-
tion for a new trial.

Judgment affirmed.  Bloodworth and Harwell, JJ., concur.

DECIDED DECEMBER 19, 1917.

Accusation of misdemeanor; from city court of Griffin—Judge
Goodrich.  October 6, 1917.

*W. H. Connor,* for plaintiff in error.

*J. A. Darsey,* solicitor pro tem., contra.

---

## 9340.  BRADHAM v. THE STATE.

BLOODWORTH, J.  "In this case the motion for a new trial contained
only the usual general grounds.  There was some slight evidence au-
thorizing the verdict; and the verdict having been approved by the trial
judge, under the repeated and uniform rulings of this court and of the
Supreme Court a reviewing court is powerless to interfere.  When the
verdict is apparently decidedly against the weight of the evidence, the
trial judge has a wide discretion as to granting or refusing a new trial;
but whenever there is any evidence, however slight, to support a ver-
dict which has been approved by the trial judge, this court is absolutely
without authority to control the judgment of the trial court."  *Toole*
v. *Jones,* 19 *Ga. App.* 24 (90 S. E. 732) ; *Cook* v. *McMurria,* 19 *Ga. App.*
491 (91 S. E. 785) ; *McCarty* v. *Keys,* 19 *Ga. App.* 494 (91 S. E. 875) ;
*Phillips-Boyd Publishing Co.* v. *Bird,* 19 *Ga. App.* 808 (92 S. E. 287).

Judgment affirmed.  Broyles, P. J., and Harwell, J., concur.

DECIDED DECEMBER 19, 1917.

Accusation of misdemeanor; from city court of Brunswick—
Judge Krauss.  September 29, 1917.

*Smith, Tillman & Smith, A. J. Crovatt,* for plaintiff in error.

*A. D. Gale,* solicitor, contra.